IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC, CLERK, CHARLESTON, SC

2010 OCT 20 A 10: 04

| | |
|---|---|
| Edwin Reeves Hazel, III, | ) |
| Plaintiff, | ) Case No. 2:09-cv-3276-RMG |
| v. | ) **ORDER** |
| Captain C. McElvogue, et. al., | ) |
| Defendants. | ) |

This matter is before the court upon the magistrate judge's recommendation. The record includes the report and recommendation of the United States Magistrate Judge made in accordance with 28 U.S.C. § 636(b)(1)(B).[1]

This Court is charged with conducting a *de novo* review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate's report.

Absent a timely objection from a dissatisfied party, a district court is not required to review, under a *de novo* or any other standard, a Magistrate Judge's factual or legal conclusions. *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *Wells v. Shriner's Hosp.*, 109 F.3d 198, 201 (4th Cir. 1997). Here, because the parties did not file any specific, written objections, the Court need not conduct a *de novo* review of any portion of the report and recommendation. Accordingly, the Court hereby adopts the Magistrate Judge's R&R (Dkt. No. 46) as the Order of this Court, and it is

---

[1] Pursuant to the provisions of Title 28 United States Code, § 636(b)(1)(B), and Local Rule 73.02 (B)(2), D.S.C., the magistrate judge is authorized to review all pretrial matters and submit findings and recommendations to the Court.

**ORDERED** that Defendants' summary judgment motion be denied as premature with leave to refile the motion following a reasonable time for further discovery regarding which, if any, grievance procedures were available to Plaintiff.

**AND IT IS SO ORDERED**.

Richard Mark Gergel
United States District Judge

October 20, 2010
Charleston, South Carolina